UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JAMIE J McGEE,

      Plaintiff,

v.                                 Case No. 19-0707-bhl

MILWAUKEE COUNTY, et al.,

      Defendants.

## SCHEDULING ORDER

The court held a telephone scheduling conference with the parties' attorneys on February 4, 2021, pursuant to Fed. R. Civ. P. 16 and Civil L. R. 16(a) and set the following schedule and procedures.

### DISCOVERY

1. The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) no later than **April 7, 2021**. Supplementations are due as required and in accordance with the provisions of Rule 26(e).

2. Amendments to the pleadings may be filed without leave of court on or before **May 7, 2021**. Fed. R. Civ. P. 15 will apply to any amendment filed after that date.

3. In accordance with Fed. R. Civ. P. 26, Plaintiff's expert witness disclosure is due on or before **November 15, 2021** and Defendant's expert witness disclosure is due on or before **February 1, 2022**. These documents are to be exchanged between the parties and are not to be filed with the court.

4. All fact discovery must be completed no later than **October 1, 2021**. Discovery requests must be served sufficiently in advance of this deadline that timely responses are due before the deadline expires.

5. All expert discovery must be completed no later than **March 1, 2022**.

6. Expedited non-dispositive motions must comply with Civil L. R. 7(h).

7. Counsel seeking non-dispositive procedural relief shall consult with the opposing party and include in the motion a statement indicating whether or not the motion is opposed.

## SUMMARY JUDGMENT MOTIONS

8. Motions for summary judgment must comply with Fed. R. Civ. P. 56 and Civil L. R. 7 and shall be served and filed on or before **April 29, 2022**.

9. Any summary judgment motion filed against a pro se litigant must comply with Civil L. R. 56(a).

## FINAL PRETRIAL AND TRIAL

10. A final pretrial will be held on **August 11, 2022, at 10:00 a.m.**, via telephone. To appear by telephone, you must call the Court conference line at 1-866-434-5269, and enter access code 1737450 before the scheduled hearing time. Participants will be placed on hold until the case is called.

11. A jury trial will commence on **August 22, 2022** at the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin.

## ADDITIONAL PROCEDURES

12. All requests of the court must be made by formal motion in accordance with Civil L. R. 7 and the Federal Rules of Civil Procedure.

13. Counsel are to confer and make a good faith effort to settle the case and explore various methods of alternative dispute resolution (ADR). The court will refer the case to one of the magistrate judges for mediation, at no cost to the parties, when a request is made at least ninety (90) days prior to the final pretrial conference.

14. Settlement discussions must be completed prior to the final pretrial conference. In cases where settlement occurs after the final pretrial conference, the court may impose jury-related costs, including notification, travel, and attendance fees, upon the responsible attorneys.

15. The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court. The pendency of motions or settlement discussions shall not justify modification of the schedule, nor delay the taking of discovery.

SO ORDERED on February 4, 2021.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge