# EISENBERG LAW OFFICES, S.C.
## ATTORNEYS AT LAW
Since 1983

STEPHEN J. EISENBERG
MARK A. EISENBERG*
KIM M. ZION
JACK S. LINDBERG**
JAMES C. SEVERSON
DEREK W. BROWN

*ALSO ADMITTED IN ILLINOIS
**ALSO ADMITTED IN MINNESOTA

MELISSA A. RATCLIFF, PARALEGAL

OF COUNSEL
DONALD S. EISENBERG

308 EAST WASHINGTON AVENUE
POST OFFICE BOX 1069
MADISON, WISCONSIN 53701-1069
TELEPHONE (608) 256-8356
FAX (608) 256-2875

September 9, 2021

Judge Brett H. Ludwig
United States Courthouse, Room 271
517 East Wisconsin Avenue
Milwaukee, WI 53202

      RE:    Jamie J. McGee v. Milwaukee County, et al.
               U.S. District Court for the Eastern District of Wisconsin
               Case No. 2:19-CV-707

Dear Judge Ludwig:

      Attorney Jack S. Lindberg and I represent Mr. James J. McGee, the Plaintiff in the above referenced case. Simultaneous with this letter we are filing a stipulation signed by Mr. McGee and our office for our withdrawal from representing him in this matter. It is our understanding that Mr. McGee is in the process of retaining new counsel, assuming that the Court approves the stipulation.

      We would note that, prior to the stipulation, there had been discussions between the County Defendants' counsel and our office regarding extending fact discovery, due to unforeseen delays in responding to production requests. Our understanding is that the County has agreed in principle to extend discovery; however, we have not received any signatures for the proposed stipulation that has been circulating for a couple of weeks. We can certainly file a motion to extend discovery on Mr. McGee's behalf, but believe that Mr. McGee will likely want to discuss and coordinate with new counsel concerning those issues at this juncture. Accordingly, we would respectfully ask the Court to approve the stipulation or, in the alternative, schedule a brief telephone conference to establish how the Court would prefer the case to proceed.

      Very truly yours,

      EISENBERG LAW OFFICES, S.C.

      *Electronically Signed By:*
      James C. Severson
      (James@eisenberglaw.org)

JCS/mas
cc:    Mr. Jamie J. Mcgee
       Attorney Douglas S. Knott