# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | September 21, 2021 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 19-cv-0707-bhl |
| CASE NAME: | McGee v. Milwaukee County, et al. |
| MATTER: | Status Conference |
| APPEARANCES: | James Conrad Severson, Attorney for Plaintiff |
| | Douglas S. Knott, Attorney for Defendants |
| TIME: | 10:41 a.m. – 10:55 a.m. |
| COURTROOM DEPUTY: | Christine B. |

**AUDIO OF THIS HEARING IS AT DKT NO. 99**

Court reviews procedural history with the parties and acknowledges stipulation to withdraw as Plaintiff's counsel, signed by Plaintiff and his current counsel (Dkt. No. 95), and stipulation to modify fact discovery deadline, signed by the parties (Dkt. No. 96). Potential replacement counsel explains that he is awaiting the file from Plaintiff's current counsel before filing a notice of appearance. Replacement counsel believes he will be prepared to file a notice of appearance and confer with Defendants' counsel within a week or two.

Court **APPROVES** stipulation to withdraw as Plaintiff's counsel. Court **ORDERS** replacement counsel and Defendants' counsel to confer and file a status report by **October 5, 2021**, proposing new deadlines. To the extent possible, the Court prefers to keep the April 29, 2022 dispositive motion deadline, the August 11, 2022 final pretrial conference date, and the August 22, 2022 trial date. The Court encourages the parties to be flexible in reaching an agreement on other deadlines.

Dated at Milwaukee, Wisconsin on September 24, 2021.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge