UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Jamie J. McGee,

Plaintiff,

v.  Case No. 19-cv-0707

Milwaukee County, *et al.,*

Defendants.

## JOINT STATUS REPORT

Pursuant to the Court's order of September 24, 2021, Counsel of record in the above-referenced matter submit the following report.

On October 5, 2021, OVB Law and Consulting, on behalf of Plaintiff Jamie McGee, and Leib Knott Gaynor, LLC, on behalf of County Defendants, conferred as it related to scheduling. As such, parties hereby stipulate:

1. The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) no later than **December 3, 2021**. Supplementations are due as required and in accordance with the provisions of Rule 26(e).

2. In accordance with Fed. R. Civ. P. 26, Plaintiff's expert witness disclosure is due on or before **January 14, 2022** and Defendant's expert witness disclosure is due on or before **April 1, 2022**.

3. All fact discovery and expert discovery must be completed no later than **May 27, 2022**.

4. Motions for summary judgment shall be served and filed on or before **May 27, 2022**.

5. The pretrial set for **August 11, 2022** at **10:00 a.m**. via telephone will remain as scheduled in the Court's order for February 4, 2021 (ECF 91).

6. The jury trial shall commence on **August 22, 2022** as set in the Court's order of February 4, 2021 (ECF 91)

7. All other procedures set in the February 4, 2021 Order (ECF 91) shall remain.

Dated this 5th day of October 2021.

                **OVB LAW & CONSULTING, S.C.**
                Attorneys for Plaintiff

                s/O. Emil Ovbiagele
                WI State Bar No. 1089677
                Megan Mirka
                WI State Bar No. 1116377

                839 N. Jefferson St, Suite 502
                Milwaukee, WI 53202
                414-585-0588 (office)
                414-255-3031 (fax)
                emil@ovblaw.com (email)
                megan@ovblaw.com (email)


                **LEIB KNOTT GAYNOR LLC**
                Attorneys for Defendant

                */s/ Douglas S. Knott*
                Douglas S. Knott, SBN 1001600
                Kelly E Lamberty, SBN 1095208

                219 N. Milwaukee Street, Suite 710
                Milwaukee, WI 53202
                Telephone: (414) 276-2102
                Fax: (414) 276-2140
                dknott@lkglaw.net
                klamberty@lkglaw.net